B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Indiana

In re Patricia Kay Helms,                Case No. 14-08026

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association, as Trustee of the IGSC Series II Trust
_____         Rushmore Loan Management Servicese
           Name of Transferee                                                    _____
                                                                                         Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): 16
should be sent:                                                                  Amount of Claim: 110,568.01
C/O SN Servicing Corp.                                                           Date Claim Filed: 12/23/2014
323 5th Street
Eureka, CA 95501

Phone: 800-603-0836                                                              Phone: (888) 504-6700
Last Four Digits of Acct #: _____                                              Last Four Digits of Acct. #: 5784

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: 0668

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Marianne M. Larkin                Date: 12/31/2016
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.